IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                June 25, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 12-cv-02928-RPM

ROGER CAMBOR,                                                      Paul D. Cooper

     Plaintiff,

v.

TOYOTA MOTOR CREDIT CORPORATION,                                   Ian T. Hicks
d/b/a TOYOTA FINANCIAL SERVICES,                                   Steven J. Wienczkowski
a Delaware Corporation, Headquarters in California, and
GC FINANCIAL SERVICES LIMITED PARTNERSHIP, Headquarters in Texas,

     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**10:48 a.m.      Court in session.**

Court's preliminary remarks.

**ORDERED:**   Plaintiff's Motion for Leave to File Second Amended Complaint [22], is granted. Second Amended Complaint, [22-4] attached as Exhibit C, is accepted and filed with today's date.

          **Scheduling Order [16] entered 2/7/2013 is vacated.**

**Court states it will consider defendant's motion to dismiss with respect to the Second Amended Complaint.**

Mr. Cooper answers questions asked by the Court regarding case facts.

Argument by Mr. Hicks.

**ORDERED:**   Defendant Toyota Motor Credit Corporation's Motion to Dismiss Plaintiff's First Amended Complaint [17], is granted with respect to the First and Second Claims for Relief , and denied with respect to plaintiff's Third Claim for Relief for

June 25, 2013
12-cv-02928-RPM

> **Intentional Infliction of Emotional Distress.**
> **Defendant Toyota Motor Credit Corporation will file an answer to plaintiff's third claim for relief in accordance with the rules.**

Statements by Mr. Cooper.
Mr. Cooper states plaintiff agrees to dismiss defendant GC Financial Services Limited Partnership.

> **ORDERED:** Defendant GC Financial Services Limited Partnership is dismissed.
> Order of Reference to Magistrate Judge Shaffer [5] is vacated.

**11:00 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 12 min.

2