## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### Senior District Judge Richard P. Matsch

Date:                          February 18, 2014
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 12-cv-02928-RPM

ROGER CAMBOR,                                                          Paul D. Cooper

        Plaintiff,

v.

TOYOTA MOTOR CREDIT CORPORATION doing business as        Bret B. Goodman
TOYOTA FINANCIAL SERVICES,
a Delaware corporation, headquarters in California,

        Defendant.

_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**1:55 p.m.**        **Court in session.**

Court's preliminary remarks.

Mr. Cooper informs the Court that the issues in the motion to compel have been resolved and the parties would like an extension of time with respect to the dispositive motions deadline to the end of May 2013.

Counsel further inform the Court that parties intend to engage in mediation.
Court states its practice regarding orders of reference to magistrate judge for settlement (joint motion).

Counsel answer questions asked by the Court regarding whether the vehicle was a lease or purchase agreement.
Mr. Goodman states it was a purchase agreement.

**ORDERED:**    **Dispositive motion deadline extended to May 30, 2014.**
                       **Plaintiff's Motion to Compel Discovery Responses, and to Determine the**
                       **Sufficiency of Answers [39], is resolved.**

**2:02 p.m.**        **Court in recess.**  Hearing concluded.  Total time: 07  min.