IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02928-RPM

ROGER CAMBOR,

    Plaintiff,
v.

TOYOTA MOTOR CREDIT CORPORATION doing business as
TOYOTA FINANCIAL SERVICES,

    Defendant.
_____

ORDER DENYING MOTION FOR SUMMARY JUDGMENT
_____

    Upon review of the papers filed in support and opposition to the Defendant Toyota Motor Credit Corporation's motion for summary judgment [Docs. 58, 59 and 61], it is

    ORDERED that the motion for summary judgment is denied.  This civil action will be set for a pretrial conference and the plaintiff's motion to allow further discovery [Doc. 60] will be considered at that conference.

    DATED:   August 29th,  2014

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge