IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02928-RPM

ROGER CAMBOR,

      Plaintiff,

v.

TOYOTA MOTOR CREDIT CORPORATION doing business as
TOYOTA FINANCIAL SERVICES,

      Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

      Pursuant to this Court's Order Denying Motion for Summary Judgment [63] entered on August 29, 2014, it is

      ORDERED that a pretrial conference is scheduled for **September 29, 2014, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx . The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **September 25, 2014.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

      DATED:   September 9th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge