**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date: September 29, 2014
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 12-cv-02928-RPM

ROGER CAMBOR,                                         Paul D. Cooper
                                                                                                     Eric Lund

      Plaintiff,

v.

TOYOTA MOTOR CREDIT CORPORATION doing business as       Terry B. Bates
TOYOTA FINANCIAL SERVICES,                                     Ian T. Hicks
a Delaware corporation, headquarters in California,

      Defendant.

_____

**COURTROOM MINUTES**
_____

**Pretrial Conference**

**9:58 a.m.**       **Court in session.**

Mr. Bates states nothing has been done with respect to the letter attached to plaintiff's motion to reopen discovery (Ex. A).

**ORDERED:**     Plaintiff's Motion to Allow Further Discovery is granted. Discovery is reopened for 30 days (10/29/2014) to permit applicable depositions. Defendant's counsel to produce the person who determined "no fraud" (TLO/computer software judgment).

Discussion regarding witnesses.
Mr. Bates states defendant's only witness will be Ms. Ryan and will testify in person.

Court states its trial practices.

**ORDERED:**     **Jury trial set February 23, 2015.**

**10:10 a.m.**      **Court in recess.**

Hearing concluded. Total time: 12 min.