IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02928-RPM

ROGER CAMBOR,

      Plaintiff,

v.

TOYOTA MOTOR CREDIT CORPORATION doing business as
TOYOTA FINANCIAL SERVICES,

      Defendant.
_____

ORDER SETTING TRIAL DATE
_____

      Pursuant to the pretrial conference today, it is

      ORDERED that this matter is set for trial to jury on **February 23, 2015, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx .

      DATED:   September 29th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge