**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                        December 8, 2014
Courtroom Deputy:            Emily Seamon
FTR Technician:              Kathy Terasaki

_____

Civil Action No. 12-cv-02928-RPM-CBS

ROGER CAMBOR, an individual,                                    Paul Cooper
                                                                Eric Lund
         Plaintiff,

v.

TOYOTA MOTOR CREDIT CORPORATION,                                Terry Bates
d/b/a Toyota Financial Services, a Delaware                     Ian Hicks
corporation, also known as Toyota Financial
Services Securities USA Corporation, also known as
Toyota Financial Services CDE Corporation, a
Delaware corporation, Headquarters in California,

         Defendant.

_____

**COURTROOM MINUTES**
_____

**MOTION HEARING**

**10:58 a.m.          Court in session.**

Before the Court today is Plaintiff Roger Cambor's Motion to Compel the Deposition of Defendant's
30(b)(6) Representative [Doc. No. 70, filed November 11, 2014].

Discussion regarding a no-fraud note and the initials TLO, Plaintiff taking the deposition of Michelle
Ryan, Scott Wilder as the PMK, the status of the certificate of title, and Toyota writing off the debt but
not releasing the lien.

11:02 a.m.          Argument by Mr. Cooper.

11:03 a.m.          Response by Mr. Bates.

11:12 a.m.          Reply by Mr. Cooper.

**ORDERED:**     Plaintiff Roger Cambor's Motion to Compel the Deposition of Defendant's 30(b)(6)
                 Representative [Doc. No. 70, filed November 11, 2014] is **GRANTED**.  Defendant shall
                 produce Mr. Wilder in Colorado for his deposition.

**11:15 a.m.          Court in recess.**          Hearing concluded.          Total time:          17  min.