**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  February 2, 2015
Courtroom Deputy:  Bernique Abiakam
ECR Technician:    Kathy Terasaki

Civil Action No. 12-cv-02928-RPM

ROGER CAMBOR, an individual,                                    Eric T. Lund

      Plaintiff,
v.

TOYOTA MOTOR CREDIT CORPORATION,
d/b/a TOYOTA FINANCIAL SERVICES, a
Delaware corporation, Headquarters in California,               Terry B. Bates
                                                                Ian T. Hicks

      Defendant.

## COURTROOM MINUTES

**Hearing on Motion to Compel**

**2:59 p.m.    Court in session.**

Court calls case.  Appearance of Counsel.

Court's preliminary remarks.

3:00 p.m.    Argument by Mr. Lund.  Questions by the Court.

3:01 p.m.    Argument by Mr. Bates.  Questions by the Court.

**ORDERED:   Plaintiff Roger Cambor's Motion To compel Discovery Pursuant To Fed.R.CIV.P. 37(a)(3)(A) [Filed 1/9/15; Doc. No. 75] is DENIED.**

**ORDERED:   A Trial Preparation Conference is set for February 13, 2015 at 10:30 a.m. Counsel shall provide proposed instructions, final witness lists, and final exhibit lists.**

**3:04 p.m.    Court in recess.**  Hearing concluded.  Total time: 5 minutes.