IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 12-cv-2928-RPM

ROGER CAMBOR, an individual,

    Plaintiff,

v.

TOYOTA MOTOR CREDIT CORPORATION d/b/a
TOYOTA FINANCIAL SERVICES, a Delaware corporation,
Headquarters in California,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the hearing which began on February 23, 2015, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 24th day of February, 2015.

BY THE COURT:

_____
Richard P. Matsch, Judge
United States District Court

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF    ATTORNEY FOR DEFENDANT